**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Munir Sweilem, et al.,** | ) | **CASE NO. 1:05 CV 125** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **U.S. Citizenship and Immigration** | ) | <u>**Judgment Entry**</u> |
| **Services, et al.** | ) | |
| **Defendants.** | ) | |

    This Court, having issued its Memorandum of Opinion and Order granting defendants' Motion to Dismiss and Motion for Remand or, in the alternative, Motion for Stay of Proceedings (Doc. 12), hereby dismisses this case as to plaintiffs Amishat, Boustani and Sweilem, and remands this case to the ISCIS as to plaintiff Issa.

    IT IS SO ORDERED.

                                          <u>/s/ Patricia A. Gaughan</u>
                                          PATRICIA A. GAUGHAN
                                          United States District Judge

Dated: 5/10/05